UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY
LITIGATION
_____/

Tammy Smith, *et al.*, on behalf of themselves
and all others similarly situated,

        Plaintiffs,

v.

Pfizer, Inc.

        Defendant.

MISCELLANEOUS CASE NO:

22MC24

## *PN* [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE CIVIL CASE UNDER SEAL

Plaintiffs, having moved to file a new civil case with a redacted complaint and the Court having reviewed Plaintiffs' Unopposed Motion to File Civil Case Under Seal and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order this case to be filed with a redacted complaint in a case available in public view on the court's ECF system and an unredacted complaint filed under seal in the traditional manner, in paper form, it is hereby

ORDERED this case may be filed with a redacted complaint in a case available in public view on the court's ECF system and an unredacted complaint filed under seal in the traditional manner, in paper form. The parties are directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules & Instructions, Rule 6.14, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form.

The Clerk is directed to restrict access to this order to the selected party viewing level and *Close this case*

*New York, NY*
*1/25/2022*

1

*So ordered,*

*Paul Crotty*
*USDJ*